| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION** | * | **IN THE COURT OF APPEALS** |
| **OF MARYLAND** | * | **OF MARYLAND** |
| | * | |
| **Petitioner,** | * | **Misc. Docket AG No. 31** |
| | * | **September Term, 2014** |
| **v.** | * | |
| | * | **IN THE CIRCUIT COURT FOR** |
| **WILLIAM HARRY KARGER** | * | **MONTGOMERY COUNTY** |
| | * | |
| **Respondent.** | * | **Case No. 30145-M** |
| | * | |

## ORDER

The Court of Appeals of Maryland, having considered the Joint Petition For Reprimand By Consent of the Attorney Grievance Commission of Maryland and Respondent William H. Karger, Esq., in which Petitioner and Respondent agreed that Respondent violated Rules 1.4, 5.5 and 8.4(a) and (d) of the Maryland Lawyers' Rules of Professional Conduct, it is this 22nd day of December, 2014;

**ORDERED**, that Respondent be, and hereby is, reprimanded.

/s/ Glenn T. Harrell, Jr.
Senior Judge